Argued March 23, reversed, no costs to either
party April 2, 1979

In the Matter of the Marriage of
JOHNSON, *Respondent,*
*and*
JOHNSON, *Appellant.*
(No. D7606 08081, CA 11497)
592 P2d 579

George P. Haley, Portland, argued the cause and filed the brief for appellant.

Herbert A. Trubo and Kristena A. LaMar, Portland, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton, Gillette and Campbell, Judges.

PER CURIAM

## PER CURIAM

In these modification proceedings the trial court substantially increased the amount of child support required to be paid by the father. The record is devoid of any evidence of change of circumstances.

Reversed. No costs to either party.